UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LACORAEY S. WILLS *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV–21–246–G |
| | ) |
| PREMIER TRADING AND | ) |
| TRANSPORTATION LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Now before the Court is Defendants' Motion to Dismiss (Doc. No. 4), which seeks dismissal of claims asserted in Plaintiffs' original Complaint (Doc. No. 1). On June 22, 2021, Plaintiffs timely filed an Amended Complaint (Doc. No. 10). *See* Fed. R. Civ. P. 15(a)(1)(B). Plaintiffs' Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, Defendants' Motion to Dismiss (Doc. No. 4) is DENIED as moot.

IT IS SO ORDERED this 24th day of June, 2021.

_____
CHARLES B. GOODWIN
United States District Judge